15797.   BROWN *v.* GLOBE & RUTGERS FIRE INSURANCE COMPANY, etc.

BLOODWORTH, J. By writ of certiorari this case was carried from this court to the Supreme Court of Georgia. In a decision rendered by that court on February 19, 1926, the judgment of the Court of Appeals (33 *Ga. App.* 141, 126 S. E. 268) was reversed. See 161 *Ga.* 849 (133 S. E. 260). It is therefore ordered that the original judgment rendered by this court be and the same is vacated, and that the judgment of the city court of Atlanta, granting a nonsuit, be

*Reversed. Broyles, C. J., and Luke, J., concur.*

DECIDED MAY 12, 1926.

Complaint on fire-insurance policy; from city court of Atlanta —Judge Reid. April 22, 1924.

*George & John L. Westmoreland,* for plaintiff.

*Smith, Hammond & Smith,* for defendant.